UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY BAVUSO,

                              Plaintiff,

        v.

THURSTON COUNTY CORRECTION
CENTER and SGT. LINDA BELCHER,

                              Defendants.

No. C10-5662 BHS/KLS

ORDER GRANTING PLAINTIFF'S
MOTION TO WITHDRAW MOTIONS TO
AMEND COMPLAINT (ECF NOS. 12 and
13)

Before the court is Plaintiff's motion to withdraw his motions to amend (ECF Nos. 12 and 13). ECF No. 17. The motion shall be granted and this matter shall proceed on Plaintiff's complaint (ECF No. 5).

Accordingly, it is **ORDERED**:

(1)     Plaintiff's motion to withdraw (ECF No. 17) is **GRANTED.**

(2)     The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  5th  day of January, 2011.


Karen L. Strombom
United States Magistrate Judge

ORDER - 1