# United States District Court

WESTERN DISTRICT OF WASHINGTON

LARRY BAVUSO,

v.

THURSTON COUNTY CORRECTIONS and SGT. LINDA BELCHER,

JUDGMENT IN A CIVIL CASE

No. C10-5662 BHS/KLS

    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's complaint is dismissed **without prejudice**. The Court will not retain jurisdiction over this matter.

| April 14, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                   *s/ Mary Trent*
                                   Deputy Clerk